UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
                              :
        -vs-                  :     NO. 2:06-MJ-50
                              :
KAFU CHUNG,                   :
            Defendant         :

FILED
WILKES BARRE
SEP - 1 2006
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## ORDER

AND NOW, this 1st day of Sept., 2006, for the reasons stated in the Joint Motion for Excludable Time and to Continue the Preliminary Hearing, the Court hereby finds that the ends of justice will be served by affording the parties a period of time to conclude their discussions which seek to resolve this matter by way of a plea agreement and without the need for an indictment. The Court further finds that such a continuance outweighs the best interests of the public and the Defendant in a speedy trial and that it should be excluded under the Speedy Trial Act. Accordingly, it is therefore ORDERED as follows:

1. The Motion for Excludable Time Pursuant to the Speedy Trial Act is hereby granted.

2. A thirty (30) day period will be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A) to allow the parties to conclude their discussions which seek to resolve issues in the case.

3. The Preliminary Hearing scheduled for September 6, 2006, is continued and is rescheduled for October 4th, 2006, at 3:00 p.m. in Scranton.

_____
MALACHY E. MANNION
UNITED STATES MAGISTRATE JUDGE