UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

                                  :

        v.                       2:MJ-06-50

                                   :

KAFU CHUNG
        Defendant        :

## ORDER

AND NOW, this 8th day of __March__, 2007, being notified that an

Information has been filed,  IT IS HEREBY ORDERED THAT the

Preliminary Examination scheduled for _March 8, 2007_ is CANCELLED.

                                  s/ Malachy E. Mannion
                                  Malachy E. Mannion
                                  United States Magistrate Judge